IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANATOLI ROMANOV, an individual, on behalf of himself and all others similarly situated, | ) ) ) ) | 2:12-cv-02036-GEB-CKD |
| Plaintiffs, | ) ) | ORDER |
| v. | ) ) | |
| WESTWARD HOSPITALITY MANAGEMENT, LLC, a Delaware corporation; WESTMONT HOSPITALITY GROUP, INC., a Texas Corporation, | ) ) ) ) | |
| Defendants.* | ) | |

      The parties' proposed briefing schedule in their Joint Status Report filed November 13, 2012 ("JSR"), concerning whether this putative class action should be certified as a class action is adopted as follows: Plaintiffs' motion for class certification shall be filed no later than May 6, 2013, which shall be noticed for hearing on the earliest available regularly scheduled law and motion hearing date.

      Further, the Status (Pretrial Scheduling) Conference set for November 26, 2012, is continued to July 15, 2013, at 9:00 a.m. A **JOINT** status report shall be filed no later than fourteen (14) days prior to the status conference.

---

      * The caption has been amended according to the dismissal of Doe Defendants portion of this Order.

1

1   In addition, since Plaintiffs have not justified Doe
2 Defendants remaining in this action, Does 1-100 are dismissed.  See
3 Order Setting Status (Pretrial Scheduling) Conference filed August 3,
4 2012, at 2 n.2 (indicating that if justification for "Doe" defendant
5 allegations not provided Doe defendants would be dismissed).
6   IT IS SO ORDERED.
7 Dated:  November 14, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge