**MAJORS & FOX LLP**
Frank J. Fox SBN139147(Ca.)
Lawrence J. Salisbury SBN179748(Ca.)
Andrew M. Greene SBN167386(Ca.)
401 West "A" Street, Suite 2350
San Diego, California  92101-7921
Telephone:  (619) 234-1000
Facsimile:  (619) 234-1011
Emails:   fjfox@majorfox.com; lsalisbu@majorfox.com;
          agreene@majorfox.com

**ATTORNEYS AGAINST ABUSE OF ELDERS**
Mark A. Redmond SBN161520(Ca.)
Plaza Five-Fifty-Five
555 Capitol Mall, Suite 770
Sacramento, California 95814-4502
Telephone: (916) 444-8240
Facsimile: (916) 438-1820
Email: mr@markredmondlaw.com

Attorneys for Plaintiff, Anatoli Romanov, and all others similarly situated

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| ANATOLI ROMANOV, an individual, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTWARD HOSPITALITY MANAGEMENT LLC, a Delaware corporation; WESTMONT HOSPITALITY GROUP, INC., a Texas corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 2:12-cv-02036-TLN-CKD<br><br>STIPULATION AND ORDER TO REMAND ACTION<br><br>Courtroom:  2<br>Judge:        Hon. Troy L. Nunley<br><br>Date Filed:   June 22, 2012 |

This Stipulation is entered into by and between Plaintiff Anatolli P. Romanov ("Romanov") and Defendants Westward Hospitality Management LLC and Westmont Hospitality Group, Inc. ("Defendants") as follows

///

///

1  WHEREAS, Romanov commenced this action as a putative class action in the Superior Court of the State of California, County of Sacramento, on June 22, 2012; and

WHEREAS, Defendants removed this action to this Court on August 3, 2012, pursuant to the Class Action Fairness Act; and

WHEREAS, Romanov did not seek remand of this action at the time because the evidence submitted by defendants in support of their removal suggested that there was in excess of $5 million at stake, thereby investing this Court with jurisdiction under the Class Action Fairness Act; and

WHEREAS, after formal and informal discovery related to certain financial information, Romanov determined that there was likely significantly less than $5 million at stake; and

WHEREAS, the parties recently engaged in a successful mediation on the basis of that financial information and agreed on a settlement figure that is well below the minimum jurisdictional amount for non-discretionary jurisdiction in this Court under the Class Action Fairness Act; and

WHEREAS, as part of that settlement, the parties agreed that this case, which asserts only state law claims, properly belongs back in state court for settlement and eventual administration.

Accordingly, IT IS HEREBY STIPULATED AND AGREED that this action shall be immediately remanded to the Superior Court for the State of California, County of Sacramento.

DATED: October 25, 2013          MAJORS & FOX LLP

By: /s/_____
    Lawrence J. Salisbury

Attorneys for Plaintiff, Anatoli Romanov, and all others similarly situated

| | | |
|---|---|---|
| 1 | DATED:  October 25, 2013 | JEFFER MANGELS BUTLER & MITCHELL LLP |

By:/s/_____
　　　　Travis M. Gemoets

Attorneys for Defendants Westward Hospitality Management LLC and Westmont Hospitality Group, Inc.

## ORDER

Based upon the foregoing stipulation, and for good cause showing,

IT IS HEREBY ORDERED, that this matter be remanded to the Superior Court of the State of California for the County of Sacramento forthwith.

Dated: November 4, 2013

_____
Troy L. Nunley
United States District Judge